UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VITO PAUL CITO, III,
    Plaintiff,

vs.                                                       Case No.: 3:21cv106/MCR/EMT

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

On January 25, 2021, the court entered an order directing Plaintiff to pay the filing fee or file a motion to proceed in forma pauperis (IFP) within thirty days (ECF No. 7). After that deadline passed and Plaintiff had not complied, the undersigned entered an order, on March 3, 2021, directing Plaintiff to show cause within thirty days why the case should not be dismissed for failure to comply with an order of the court (ECF No. 10).[1] The undersigned advised that failure to comply with the order would result in a recommendation that the case be dismissed (*id*. at 2). More than thirty days have passed, and Plaintiff has not responded to the show cause order.

---

[1] The court noted in the show cause order that Plaintiff had filed a notice of change of address, indicating he had been transferred to a different institution, and a motion requesting additional time within which to file an amended complaint due to an alleged lack of legal materials and access to a law library (ECF No. 10). Plaintiff did not, however, address the issue of the filing fee or IFP motion, neither of which—the court noted—should require access to legal materials or a law library (*id*. at 1 n.1).

Accordingly, it is respectfully **RECOMMENDED**:

1. That this case be **DISMISSED** without prejudice for Plaintiff's failure to prosecute and failure to comply with an order of the court.

2. That the clerk of court be directed to enter judgment accordingly and close this case.

At Pensacola, Florida, this 14th day of April 2021.

*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.: 3:21cv106/MCR/EMT