# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

VITO PAUL CITO, III,

    Plaintiff,

v.                                                     CASE NO. 3:21cv106-MCR-EMT

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.

_____/

## **O R D E R**

The chief magistrate judge issued a Report and Recommendation on April 14, 2021.  ECF No. 12.  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation, ECF No. 12, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** without prejudice for Plaintiff's failure to prosecute and failure to comply with an order of the court.

3. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 10th day of June 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**